UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jessica A. Smith<br><br><br>               Debtor | Chapter 13<br><br>Bankruptcy No. 25-13282-AMC |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 08/19/2025.

3.      This Motion to Dismiss has been filed for the following reason(s):

- The Debtor(s) has/have failed to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326.

- The Plan does not appear to be feasible.

- Undue Delay - Failure to upload documents to allow 341 Meeting of Creditors to be conducted.

      WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 10/20/2025                                            Respectfully submitted,

                                                              */s/ Ann Swartz, Esq.*
                                                              Ann Swartz, Esq.
                                                              for
                                                              Scott F. Waterman, Esq.
                                                              Standing Chapter 13 Trusteee
                                                              2901 St. Lawrence Avenue, Suite 100
                                                              Reading, PA  19606
                                                              Telephone: (610) 779-1313