UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>      Jessica A. Smith<br><br><br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 25-13282-AMC |

## CERTIFICATE OF SERVICE

      I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 20th day of October, 2025 by first class mail upon those listed below:

Jessica A. Smith
5331 Lesher Street
Philadelphia, PA  19124-1243

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC


Office of the United States Trustee


 

                                                                                              */s/ Kristen Gliem*
                                                                                              Kristen Gliem
                                                                                              for
                                                                                              Scott F. Waterman, Esq.
                                                                                              Standing Chapter 13 Trustee