# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Jessica A. Smith,<br><br>        Debtor. | Case No. 25-13282-AMC<br>Chapter 13 |

## Certificate of Service

  I, Michael A. Cibik, certify that on October 29, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

  I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 29, 2025

                        /s/ Michael A. Cibik
                        Michael A. Cibik (#23110)
                        Cibik Law, P.C.
                        1500 Walnut Street, Suite 900
                        Philadelphia, PA 19102
                        215-735-1060
                        mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

**American Honda Finance**
Attn: Bankruptcy
PO Box 168088
Irving, TX 75016

**Jefferson Capital Systems, Llc**
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Atlas Credit Card**
Attn: Bankruptcy Department
300 Coventry Road
Kensington, CA 94707

**LVNV Funding LLC/Resurgent Capital Services**
Resurgent Correspondence, Attn: Bankruptcy PO Box 1269
Greenville, SC 29602

**Portfolio Recovery Associates, LLC**
P.O. Box 41067
Norfolk, VA 23541-1067

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Mohela**
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

**Prancercc**
36 Skyline Dr
Lake Mary, FL 32746

**City of Philadelphia**
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**Mohela/dofed**
633 Spirit Drive
Chesterfield, MO 63005

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**City of Philadelphia**
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Credit Collection Services**
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Western Funding Inc**
Attn: Bankruptcy Dept
P.O. Box 94858
Las Vegas, NV 89193

**Cws/cw Nexus**
Po Box 9201
Old Bethpage, NY 11804

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616