UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    Jessica A. Smith

           Debtor

Chapter 13

Bankruptcy No. 25-13282-AMC

## ORDER

Upon consideration of the Objection of Scott F. Waterman, Esq., Standing Chapter 13 Trustee, to Debtor's Plan and after notice and hearing, it is ORDERED that the Plan is denied.

_____  
Ashely M. Chan  
U.S. BANKRUPTCY JUDGE