United States Bankruptcy Court
Eastern District of Pennsylvania

| In re: | Case No. 25-13282-amc |
|---|---|
| Jessica A. Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jessica A. Smith, 5331 Lesher Street, Philadelphia, PA 19124-1243 |
| 15040738 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 15040741 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15040744 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15040747 | + | Prancercc, 36 Skyline Dr, Lake Mary, FL 32746-6201 |
| 15040749 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15048051 | | US Department of Education/MOHELA, 633 Spirit Dr. Chesterfield, MO 63005 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 15 2026 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 15 2026 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15040729 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 15 2026 00:34:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 15046037 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 15 2026 00:34:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15040730 | ^ | MEBN | Jan 15 2026 00:25:22 | Atlas Credit Card, Attn: Bankruptcy Department, 300 Coventry Road, Kensington, CA 94707-1214 |
| 15040732 | | Email/Text: megan.harper@phila.gov | Jan 15 2026 00:34:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15040731 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 15 2026 00:43:27 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15040733 | | Email/Text: bankruptcy@philapark.org | Jan 15 2026 00:34:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15040734 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 15 2026 00:34:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15040735 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 15 2026 00:43:28 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15040736 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 15 2026 00:34:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15048436 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 15 2026 00:34:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: pdf900 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | Cloud, MN 56302-9617 |
| 15040737 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 15 2026 00:34:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15063652 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2026 00:43:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15047953 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 15 2026 00:43:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15040739 | | Email/Text: EBN@Mohela.com | Jan 15 2026 00:34:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15040740 | | Email/Text: EBN@Mohela.com | Jan 15 2026 00:34:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15048868 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 15 2026 00:34:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15040746 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 15 2026 00:43:16 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15040742 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 15 2026 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15040743 | ^ | MEBN | Jan 15 2026 00:25:19 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15053517 | ^ | MEBN | Jan 15 2026 00:25:11 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 15040745 | | Email/Text: bankruptcy@philapark.org | Jan 15 2026 00:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15040748 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 15 2026 00:34:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15061901 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 15 2026 00:43:16 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15040750 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Jan 15 2026 00:34:00 | Western Funding Inc, Attn: Bankruptcy Dept, P.O. Box 94858, Las Vegas, NV 89193-4858 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026              Signature:        /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 14, 2026 | Form ID: pdf900 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Jessica A. Smith help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jessica A. Smith<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 25-13282-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: January 14, 2026

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE