Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jessica A. Smith
5331 Lesher Street
Philadelphia, PA 19124-1243

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-13282-AMC**

Petition Filed Date: 08/19/2025
341 Hearing Date: 09/19/2025
Confirmation Date:

Case Status: Dismissed Before Confirmation on 1/14/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/02/2025 | $720.00 | | | | | | | |

**Total Receipts for the Period: $720.00 Amount Refunded to Debtor Since Filing: $664.56 Total Receipts Since Filing: $720.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $2,996.15 | $0.00 | $0.00 |
| 2 | RESURGENT CAPITAL SERVICES<br>»» 002 | Unsecured Creditors | $908.88 | $0.00 | $0.00 |
| 3 | MOHELA ON BEHALF OF<br>»» 003 | Unsecured Creditors | $30,261.35 | $0.00 | $0.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $14,767.96 | $0.00 | $0.00 |
| 5 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 005 | Unsecured Creditors | $50.60 | $0.00 | $0.00 |
| 6 | PHILADELPHIA GAS WORKS<br>»» 006 | Unsecured Creditors | $238.76 | $0.00 | $0.00 |
| 7 | PRANCER CAPITAL CORPORATION<br>»» 007 | Unsecured Creditors | $852.40 | $0.00 | $0.00 |
| 8 | VERIZON BY AIS AS AGENT<br>»» 008 | Unsecured Creditors | $139.40 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $731.14 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $827.05 | $0.00 | $0.00 |
| 0 | Jessica A. Smith | Debtor Refunds | $664.56 | $664.56 | $0.00 |

**Chapter 13 Case No. 25-13282-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $720.00 | Current Monthly Payment: | $708.00 |
| Paid to Claims: | $664.56 | Arrearages: | $0.00 |
| Paid to Trustee: | $55.44 | Total Plan Base: | $41,064.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.